IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BILL ROSE,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD C. RICE and JILL RICE,<br>Husband and wife,,<br><br>   Defendants. | Civ. No. 6:13-cv-2251-TC<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation, ECF No. 19, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation, ECF No. 19, is adopted. Defendants' motion to dismiss, ECF No. 6, is GRANTED. This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED this 14th day of July, 2014.

                                                         Michael McShane<br>
                                            United States District Judge

1 –ORDER